STATE OF NEW YORK   COUNTY OF   INDEX # :   07 CIV 8826
UNITED STATES DISTRICT COURT     Date Filed:   October 12, 2007
DISTRICT: SOUTHERN/NY

*Ashok Kumar*

Plaintiff(s)/Petitioner(s)

vs

*Undercover N.Y.S. Tax Agent Jose Silverio, Badge No. 171, et al*

Defendant(s)/Respondent(s)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF ALBANY, SS

Stephen L. Collen, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On October 29, 2007 at 2:15 pm, at C/O NYS Office of Tax Enforcement, PATB Bureau, Bldg.8-Rm 500, Albany, NY 12227, deponent served the within Summons In A Civil Case & Complaint

on   N.Y.S. Tax Investigator Thomas Fidele, Sr., Badge No. 308   , Defendant therein named.

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

By delivering thereat a true copy of each to _____ personally, deponent knew said business/agency so served to be the business/agency described in same as said defendant and knew said individual to be the managing/authorized agent of the business/agency, and said person stated that he/she was authorized to accept service on behalf of the business/agency.

[x] By delivering a true copy of each to   Amanda Morris, coworker   a person of suitable age and discretion. Said premises is defendant's: [x] actual place of business   [ ] dwelling house (usual place of abode) within the state.

By affixing a true copy of each to the door of said premises, which is defendant's: [ ] actual place of business   [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion, having called thereat
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
Address confirmed by ___

[x] On   November 8, 2007  , deponent completed service by depositing a true copy of each to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: Female   Color of skin: White   Color of hair: Brown   Age: 22 - 29 Yrs.   Height: 5' 4" - 5' 8"
Weight: 100 - 130 Lbs.   Other Features: ___

the authorized witness fee and / or traveling expenses were paid (tendered) to the witness.

Deponent asked person spoken to whether the defendant is presently in military service of the United States Government or of the State of New York and was informed that defendant is not.

Sworn to before me on   November 8, 2007

MARCY A. O'HARE
NOTARY PUBLIC, State of New York
No. 4865530, Qualified in Albany County
Term Expires July 14, 2010

Stephen L. Collen

Invoice•Work Order # 0708945

**\*\*AMENDED AFFIDAVIT\*\***