**EDWARD FRIEDMAN**
Attorney at Law
26 Court Street - Suite 1903
Brooklyn, New York 11242-1119
Tel: (718) 852-8849
Fax:: (718) 852-1489

January 9, 2008

Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street - Room 755
New York, New York 10007

MEMO ENDORSED

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel or unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Re.: Kumar v. Silverio, et al.
07 CIV 8826 (LTS/FM)

Your Honor:

I am writing to request an adjournment of the initial conference for the above matter, originally scheduled for January 23, 2008. No previous request has been made for this adjournment, and this application is being made with the consent of defendants' counsel.

Due to issues regarding service of process and questions of the Attorney General's representation of certain of the defendants, I have agreed with opposing counsel, Hilary R. Kastleman, to extend her time to answer the complaint until February 12, 2008.

Accordingly, I am requesting that the initial conference be adjourned to the week of February 25, 2008 at a date and time convenient to the Court. I am also requesting that the due date for preliminary pre-trial statements be fixed seven days before the conference date.

Thank you in advance for your cooperation in this matter.

*The foregoing requests are granted. The conference is adjourned to February 29, 2008, at 10:45 AM and the related deadlines are modified accordingly.*

SO ORDERED.

Respectfully yours,

EDWARD FRIEDMAN

EF/dw

cc: Hilary R. Kastleman, Esq.
    Assistant Attorney General

1/14/2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

RECEIVED
JAN 14 2008
LAURA TAYLOR SWAIN
U.S.D.J.

Copies mailed/faxed to: Pla's Counsel
Chambers of Judge Swain  1-14-08