**EDWARD FRIEDMAN**
Attorney at Law
26 Court Street - Suite 1903
Brooklyn, New York 11242-1119
Tel: (718) 852-8849
Fax: (718) 852-1489



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FEB 2 6 2008

February 22, 2008

Via Fax: (212) 805-0426

Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street - Room 755
New York, New York 10007

**MEMO ENDORSED**

    Re.:  Kumar v. Silverio, et al.
          07 CIV 8826 (LTS/FM)

Your Honor:

    I am writing to request a second adjournment of the initial conference for the above matter, originally scheduled for January 23, 2008. On January 11, 2008, the court granted counsels' request for an adjournment until February 29, 2008. This request is being made with the consent of defendants' counsel, Assistant Attorney General Hilary Kastleman.

    Defendants interposed their answer to plaintiff's complaint on February 12, 2008. I began a one-week vacation on February 14, 2008, and Ms. Kastleman was out sick on February 21 and February 22. As a result, we have been unable to draft the preliminary pre-trial statement by February 22.

    Accordingly, I am requesting that the initial conference be adjourned to March 11, 12 or 14, 2008, at a time convenient to the Court. I am also requesting that the due date for preliminary pre-trial statements be fixed seven days before the conference date.

Thank you in advance for your cooperation in this matter.

*The conference is adjourned to March 14, 2008 at 10:45AM and the related deadlines are modified accordingly.*

Respectfully yours,

EF/dw

SO ORDERED. EDWARD FRIEDMAN

cc: Hilary R. Kastleman, Esq.
    Assistant Attorney General

2/25/2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE