UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ASHOK KUMAR,                                    :

                              Plaintiff,         :          **ORDER**

              -against-                          :          07 Civ. 8826 (LTS)(FM)

JOSE SILVERIO, et al.,                          :

                              Defendants.        :

------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

It is hereby ORDERED that a settlement conference is this matter shall be held on July 2, 2008, at 2:00 p.m. in Courtroom 20A, 500 Pearl Street, New York, New York. Requests for adjournment must be made in writing, at least 48 hours prior to the conference. Settlement procedures are attached.

SO ORDERED.

Dated:    New York, New York
          April 15, 2008

                                        _____
                                        FRANK MAAS
                                        United States Magistrate Judge

Copies to:

Honorable Laura Taylor Swain
United States District Judge

Edward D. Friedman, Esq.
Fax: (718) 852-1489

Hilary R. Kastleman, Esq.
Fax: (212)-416-8672