USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 1 7 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ASHOK KUMAR,

                              Plaintiff,

          -against-

UNDERCOVER N.Y.S. TAX AGENT JOSE
SILVERIO, BADGE No. 171; UNDERCOVER N.Y.S.
TAX AGENT LEONARD CHASTEN, BADGE No. 111;
N.Y.S. TAX INVESTIGATOR, JOHN CONNOLLY;
N.Y.S. TAX INVESTIGATOR THOMAS FIDELE, SR,
BADGE No. 308; UNDERCOVER N.Y.S. TAX AGENT
No. 106, WHOSE NAME AND BADGE NUMBER
ARE PRESENTLY UNKNOWN,

                              Defendants.
-----------------------------------------------------------------x

07-CIV-8826 (LTS)

STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties hereto, that the caption in the above matter be amended to read:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ASHOK KUMAR,

                              Plaintiff,

          -against-

UNDERCOVER N.Y.S. TAX AGENT JOSE
SILVERIO, BADGE No. 171; UNDERCOVER N.Y.S.
TAX AGENT LEONARD CHASTEN, BADGE No. 111;
N.Y.S. TAX INVESTIGATOR, JOHN CONNOLLY;
N.Y.S. TAX INVESTIGATOR THOMAS FIDELE, SR.
BADGE No. 308; and UNDERCOVER N.Y.S. TAX
AGENT FANNY ALMANZAR, BADGE No. 106,

                              Defendants.
-----------------------------------------------------------------x

07-CIV-8826 (LTS)

PLAINTIFF DEMANDS
TRIAL BY JURY

and it is further

STIPULATED AND AGREED, that the plaintiff shall serve and file a Supplemental Summons and Amended Complaint containing the amended caption; and it is further

STIPULATED AND AGREED, that an Order to this effect may be entered without further notice.

Dated:   Brooklyn, New York
         March 26 2007

_____
EDWARD FRIEDMAN, ESQ. (EF 4000)
Attorney for Plaintiff

26 Court Street - Suite 1903
Brooklyn, New York 11242
(718) 852-8849

ANDREW M. CUOMO, ESQ.
New York State Attorney General
Attorney for Defendants

By_____
   HILARY R. KASTLEMAN, ESQ.

120 Broadway
New York,. New York   10271
(212) 416-8888


SO ORDERED:

_____  4/17/2008
HON. LAURA TAYLOR SWAIN, Judge,
U.S. DISTRICT COURT - SDNY