UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
ASHOK KUMAR,

        Plaintiff,

    -against-

UNDERCOVER N.Y.S. TAX AGENT JOSE SILVERIO,
BADGE No. 171; UNDERCOVER N.Y.S. TAX AGENT
LEONARD CHASTEN, BADGE No. 111; N.Y.S. TAX
INVESTIGATOR, JOHN CONNOLLY; N.Y.S. TAX
INVESTIGATOR, THOMAS FIDELE, SR., BADGE No.
308; UNDERCOVER N.Y.S. TAX AGENT FANNY
ALMANZAR, Badge No. 106,

        Defendants.
------------------------------------------------------------------ x

07-CIV-8826 (FM)(LTS)
(Electronically Filed)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, as follows:

1. The time for defendants Jose Silverio and Fanny Almanzar to answer, move, or otherwise respond to the complaint is hereby extended to and including July 31, 2008.

2. This stipulation may be executed in counterparts.

3. A facsimile signature shall be deemed an original.

Dated: Brooklyn, New York
June 9, 2008

Edward Friedman, Esq.
Attorney for Plaintiff

By: _____
26 Court Street, Suite 1903
Brooklyn, NY 11242
(718) 852-8849

Dated: New York, New York
June 9, 2008

ANDREW M. CUOMO
Attorney General of the State of New York
Attorney for Defendants Chasten, Connolly and Fedele

By: _____
Hilary R. Kastleman, Esq.
Assistant Attorney General
120 Broadway, 24th Floor
New York, New York 10271
(212) 416-8888