# MEMO ENDORSED



**STATE OF NEW YORK**
OFFICE OF THE ATTORNEY GENERAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/08
```

ANDREW M. CUOMO
Attorney General

June 10, 2008

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

**By ECF**
Hon. Laura T. Swain
United States District Judge
Southern District of New York
500 Pearl St., Room 755
New York, NY 10007

Writer's Direct Dial
(212) 416-8888
hilary.kastleman@oag.state.ny.us

Re: **Kumar v. Silverio, et al., No. 07 Civ. 8826 (LTS/FM) (S.D.N.Y.)**

Your Honor:

This Office represents defendants Chasten, Connolly and Fedele in the above-referenced action. Although this Office does not represent defendants Silverio and Almanzar at this time, a recent request for representation of Mr. Silverio is currently undergoing a conflict check by my office and we expect to receive a request for representation from Ms. Almanzar shortly. As a result, I have requested, and plaintiff has consented to, an extension of time for defendants Silverio and Almanzar to answer, move or otherwise respond to the amended complaint, until July 31, 2008. I hereby request that the Court "so order" that this extension is granted. Based on the Affidavits of Service filed by plaintiff, Mr. Silverio's initial deadline for responding to the complaint was on January 23, 2008 and Ms. Almanzar's initial deadline to respond is June 19, 2008, assuming service on both defendants was proper. No prior request for an extension of time to respond on behalf of Mr. Silverio or Ms. Almazar has been made.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ Hilary R. Kastleman
Hilary R. Kastleman (HRK-3607)
Assistant Attorney General
State of New York

cc:   Edward Friedman, Esq.

---

*Handwritten endorsement:*

This case was referred to me for general pretrial purposes. Accordingly, this letter should have been sent to me. Additionally, the ECF rules prohibit filing letters. The application is granted, but counsel would be well advised to familiarize herself with the local Rules. (The settlement conference will be held on the previously-scheduled date despite the extension granted to the individual defendants.)

/s/ [Judge signature], USMJ
6/11/08

---