UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

Ashok Kumar,

          Plaintiff(s),

-against-

Jose Silverio, et al.,

          Defendant(s).
-----------------------------------------------------------x

ORDER ~~OF DISCONTINUANCE~~

07 Civ. 8826 ( LTS )(FM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/08

      It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

      ORDERED that said action be and hereby is, discontinued with prejudice and without costs; provided, however, that within 30 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:    New York, New York
             July 2, 2008

                                                          FRANK MAAS
                                          United States Magistrate Judge

Attorney(s) for Plaintiff Ashok Kumar
Edward Friedman, Esq.

Attorney(s) for Defendant Jose Silverio, et al.
Hilary Kustleman, Esq.

Agreed and Consented to:

Ashok Kumar

Agreed and Consented to: